IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS : CONSOLIDATED UNDER
LIABILITY LITIGATION (No. VI) : MDL 875
:
:
:
TAYLOR    **FILED** :
:
v.    **JUN 20 2011** : CIVIL ACTION
: NO. 10-80824
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk
VARIOUS DEFENDANTS : Transferred from the Northern
: District of California

## O R D E R

**AND NOW,** this **17th** day of **June 2011** it is hereby **ORDERED**

that the Report and Recommendation issued by Chief Magistrate

Judge Thomas J. Rueter, filed on April 7, 2011, as to Defendant

Todd Shipyards Corporation's Motion to Dismiss is **ADOPTED.**[1]

It is further **ORDERED** that Defendant Todd Shipyard

Corporation's Motion to Dismiss (doc. no. 9) is **DENIED.**

**AND IT IS SO ORDERED.**

_____
**EDUARDO C. ROBREÑO, J.**

---

[1] No objections were filed within fourteen (14) days as
provided for by Local Rule of Civil Procedure 72.1.